IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TED A. MICHEL and,
VIRGINIA MICHEL,

                Plaintiffs,

v.

AMERICA'S WHOLESALE LENDER
CORP.; BANK OF NEW YORK MELLON
N.A.; RECONTRUST COMPANY N.A.,

                Defendants.

3:11-CV-1041-BR

JUDGMENT
OF DISMISSAL

      A Notice of Removal (#1) of Case Number CV 11040294 from Clackamas County Circuit Court was filed with this Court on August 26, 2011.

      Defendants filed a Motion to Withdraw Notice of Removal and Dismiss For Lack of Subject-Matter Jurisdiction (#5) on September 2, 2011, in which they asserted the removal to this Court is void because the case had already been dismissed by the Circuit Court for Clackamas County on August 25, 2011.

      On September 20, 2011, the Court issued and mailed to Plaintiffs an Order to Show Cause directing Plaintiffs to show cause in writing by September 30, 2011, why the Court should not dismiss this matter for lack of subject-matter jurisdiction as asserted in Defendant's Motion to Withdraw Notice of Removal (#5).

To date the Court has received no further filings from the Plaintiffs. The Court, therefore, **DISMISSES** this matter for lack of subject-matter jurisdiction.

IT IS SO ORDERED.

DATED this 14th day of October, 2011.

_____
ANNA J. BROWN
United States District Judge

Judgment of Dismissal